UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RANDALL MADRIGAL, | Case No. CV 13-01405 JAK (ANx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; PROVIDENCE HEALTH & SERVICES LONG TERM DISABILITY PLAN; and DOES 1 through 10 inclusive, | **JS-6** |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear their own costs and attorneys' fees.

DATED: September 23, 2013

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE